Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−20278−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melisa M Wright
   2537 East Oak Road
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−7275

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/3/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 3, 2021
JAN: kvr

                                                                            Jeanne Naughton
                                                                            Clerk

In re:                                                                                           Case No. 20-20278-JNP

Melisa M Wright                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                User: admin                Page 1 of 3

Date Rcvd: Feb 03, 2021         Form ID: 148              Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Melisa M Wright, 2537 East Oak Road, Vineland, NJ 08361-2543 |
| 518953424 | | Anytime Fitness, 301 S Main Rd, Vineland, NJ 08360-7897 |
| 518947357 | | Associated Credit Services, Inc., PO Box 5171, Westborough, MA 01581-5171 |
| 518985689 | + | Assured Property Solutions LLC, 211 Redcrest Street, Vineland, NJ 08361-3049 |
| 518947358 | | Bagley Family Dentistry, 508 Front St, Elmer, NJ 08318-2178 |
| 518953425 | | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 518947363 | | Cooper University Health Care, PO Box 95000-4345, Philadelohia, PA 19195-4345 |
| 518953431 | | First Credit Services, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 518953432 | | Geico, 1 Geico Plz, Bethesda, MD 20811-0001 |
| 518953433 | | Inspira Medical Group, PO Box 650292, Dallas, TX 75265-0292 |
| 518953434 | | Kash4Biz, 7400 Beaufont Springs Dr, Richmond, VA 23225-5556 |
| 518947364 | + | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 518954014 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518947366 | | Millville Family Dental, 2144 N 2nd St, Millville, NJ 08332-1304 |
| 518947368 | + | NJ Certified Dermatology, 1580 Lakewood Dr Ste 17, Toms River, NJ 08755-3287 |
| 518947369 | | Northshore Agency, 270 Spagnoli Rd Ste 110, Melville, NY 11747-3515 |
| 518947370 | | Phil Black, Assured Property Solutions, 211 Redcrest St, Vineland, NJ 08361-3049 |
| 518947371 | | Pioneer Credit Recovery, PO Box 345, Arcade, NY 14009-0345 |
| 518953437 | | Primal Kickboxing, 225 S White Horse Pike, Berlin, NJ 08009-1901 |
| 518953438 | + | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 518947372 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 518953440 | + | Spotloan, P.O. Box 720, Belcourt, ND 58316-0720 |
| 518947375 | + | TRS Recovery, 1600 Terrell Mill Rd SE, Marietta, GA 30067-8307 |
| 518947376 | | Vineland Electric, 640 E Wood St, Vineland, NJ 08360-3722 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 00:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 00:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518953423 | | EDI: AAEO.COM | Feb 04 2021 05:08:00 | Aarons, 1015 Cobb Place Blvd NW, Kennesaw, GA 30144-3672 |
| 518953428 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 04 2021 00:19:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 518947359 | | Email/Text: cms-bk@cms-collect.com | Feb 04 2021 00:19:00 | Capital Management Services, 698 S Ogden St, |

| | | | |
|---|---|---|---|
| | | | Buffalo, NY 14206-2317 |
| 518953426 | EDI: CAPITALONE.COM | Feb 04 2021 05:03:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518947360 | + Email/Text: proland@christianbook.com | Feb 04 2021 00:20:00 | Christian Book Distributors, 140 Summit St, Peabody, MA 01960-5172 |
| 518953427 | EDI: CITICORP.COM | Feb 04 2021 05:03:00 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518947361 | EDI: WFNNB.COM | Feb 04 2021 05:08:00 | Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 518953429 | EDI: WFNNB.COM | Feb 04 2021 05:08:00 | Comenity Bank Ulta, Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 518947362 | + EDI: CONVERGENT.COM | Feb 04 2021 05:08:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 518953430 | EDI: DISCOVER.COM | Feb 04 2021 05:03:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 518953435 | Email/Text: clientsupport@lead.bank | Feb 04 2021 00:19:00 | Lead Bank, 200 N 3rd St, Garden City, MO 64747-8163 |
| 518984850 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 00:18:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518947365 | EDI: MID8.COM | Feb 04 2021 05:08:00 | Midland Credt management, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518947367 | Email/Text: electronicbkydocs@nelnet.net | Feb 04 2021 00:20:00 | Nelnet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 518953436 | EDI: RMSC.COM | Feb 04 2021 05:03:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518980310 | + EDI: JEFFERSONCAP.COM | Feb 04 2021 05:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519014070 | EDI: Q3G.COM | Feb 04 2021 05:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519014057 | EDI: Q3G.COM | Feb 04 2021 05:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518947373 | Email/Text: bankruptcy@rentacenter.com | Feb 04 2021 00:20:00 | Rent A Center, 2321 S Delsea Dr, Vineland, NJ 08360-7060 |
| 518953441 | EDI: RMSC.COM | Feb 04 2021 05:03:00 | SYNBC/AMAZON, PO Box 965015, Orlando, FL 32896-5015 |
| 518953439 | + Email/Text: courts@southjerseyfcu.com | Feb 04 2021 00:20:04 | South Jersey Federal Credit Union, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 518953442 | EDI: TDBANKNORTH.COM | Feb 04 2021 05:08:00 | TD Bank, PO Box 219, Lewiston, ME 04243-0219 |
| 518947374 | EDI: WTRRNBANK.COM | Feb 04 2021 05:03:00 | Target Card Services, PO Box 673, Minneapolis, MN 55440-0673 |
| 518953444 | EDI: USAA.COM | Feb 04 2021 05:03:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 518953445 | EDI: VERIZONCOMB.COM | Feb 04 2021 05:03:00 | Verizon Wireless, PO Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Assured Property Solutions LLC, 211 Redcrest Street, Vineland, NJ 08361-3049 |
| 518954015 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518953443 | ##+ | Tenbrook Orthodontics, 630 S Brewster Rd Bldg. D, Vineland, NJ 08361-7801 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Assured Property Solutions LLC aagrawal@egalawfirm.com ksantiago@egalawfirm.com,jwingfield@egalawfirm.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Melisa M Wright moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4